**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>IRENE-KAY CASSANDRA GREENE<br>78 HOOVER ST<br>NEWARK, OH  43055 | Case No:    05-63947<br><br>Judge:    John E. Hoffman Jr. |

SSN(S):    XXX-XX-4464

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 24, 2009

/s/ Frank M. Pees
_____
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| IRENE-KAY CASSANDRA GREENE<br>78 HOOVER ST<br>NEWARK, OH  43055 | 0.74 |